| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the:<br>**WESTERN DISTRICT OF TEXAS** | |
| Case number (if known): _____  Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   **LGGD Properties, LLC**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   8 2 – 2 2 0 9 6 9 7

4. **Debtor's address**

   **Principal place of business**  
   **202 East Barton Avenue**  
   Number    Street
   
   **Temple            TX    76501**  
   City           State    ZIP Code
   
   **Bell**  
   County

   **Mailing address, if different from principal place of business**  
   Number    Street  
   P.O. Box  
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**  
   Number    Street  
   City    State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**  
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☑ Other. Specify: **Limited liability company**

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 1

Debtor **LGGD Properties, LLC** _____  Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **LGGD Properties, LLC** _____ Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☑ No
    ☐ Yes. District _____ When _____ Case number _____
    MM / DD / YYYY
    District _____ When _____ Case number _____
    MM / DD / YYYY
    District _____ When _____ Case number _____
    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
    District _____ When _____
    MM / DD / YYYY
    Case number, if known _____

    Debtor _____ Relationship _____
    District _____ When _____
    MM / DD / YYYY
    Case number, if known _____

11. **Why is the case filed in _this district_?**

    _Check all that apply:_

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **LGGD Properties, LLC**     Case number (if known) _____

| | | |
|---|---|---|
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number    Street

_____

_____  _____  _____
City                           State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### ■ Statistical and adminstrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:* <br> ☑ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| | | | | | |
|---|---|---|---|---|---|
| 14. | **Estimated number of creditors** | ☑ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5,001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 | |
| 15. | **Estimated assets** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☑ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion | |
| 16. | **Estimated liabilities** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☑ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☐ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion | |

Debtor **LGGD Properties, LLC**     Case number (if known)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/06/2025**
MM / DD / YYYY

X **/s/ Larry Guess**
Signature of authorized representative of debtor

**Larry Guess**
Printed name

**President**
Title

**18. Signature of attorney**

X **/s/ David C. Alford**     Date **01/06/2025**
Signature of attorney for debtor     MM / DD / YYYY

**David C. Alford**
Printed name

**Pakis Giotes Page & Burleson, PC**
Firm name

**P.O. Box 58**
Number     Street

**Waco**     **TX**     **76703-0058**
City     State     ZIP Code

**(254) 297-7300**     **alford@pakislaw.com**
Contact phone     Email address

**01011500**     **TX**
Bar number     State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **LGGD Properties, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Pakis Giotes Burleson & Deaconson, PC<br>P.O. Box 58<br>Waco, TX 76703-0058 | | Attorney Fees | | | | $0.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION**

IN RE: **LGGD Properties, LLC**            CASE NO

                                                                CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   1/6/2025                      Signature   /s/ Larry Guess
                                                                 *Larry Guess*
                                                                 *President*

Date                               Signature

```
Bell County Tax Assessor
550 E. 2nd Avenue
Belton, TX  76513



Blake Rasner
Haley Olson
P.O. Box 21147
Waco, TX  76702-1147


Cadence Bank
50 S. Main Street
Salado, TX  76571



George B. Dulany Jr.
517 E. 25th Street
Belton, TX  76513



Larry Guess
202 E. Barton Ave.
Temple, TX  76501



McCreary Veselka Bragg & Allen
Attn:  Julie Parsons
P.O. Box 1269
Round Rock, TX  78680-1269


Pakis Giotes Burleson & Deaconson, PC
P.O. Box 58
Waco, TX  76703-0058
```